United States District Court
for the
Southern District
Western Division

Xavier McGhee
- vs -
Danny Meaux
Robert Arnold
Gus Sermos
Walter Beasley
Debra Blackwell



5:24-cv-43-KS-BWR

## Complaint For Violation Of Civil Rights

Danny Meaux Chief Investigator for the Amite County Sheriffs Office in Liberty, Mississippi is known by the people for his malicious and fraudulant schemes. The alleged team built in the Amite County Judicial system goes as followed; Danny Meaux files the paper work to send one such as myself in front of Justice court Judge Robert Arnold. Due to being indigent, I recieve 1 public defender like Gus Sermos. This causes a case to be bound over to Grand Jury. Realizing the flaw I fire Gus Sermos and recieve Walter Beasley. Judge Debra Blackwell was a prosecutor for my previous conviction which makes her being my Judge a conflict of interest. My being indigent is known and used against me so they fail to heed my request of change of venue due to their knowing that I know something is not adding up.

The Parties to This Complaint:

Plaintiff

   Xavier McGhee
   4148
   Amite County Jail
   P.O. Box 208 Liberty, MS 39645

Defendant No. 1

   Danny Meaux
   Chief Investigator
   Amite County Sheriffs Office
   Gloster Police Department
   Liberty, MS 39645
     Individual and Official Capacity

Defendant No. 2

   Robert Arnold
   Judge
   Town of Gloster Justice Court
   Amite County Justice Court
   Liberty, MS 39645
     Individual and Official Capacity

Defendant No. 3

    Gus Sermos
    Attorney At Law / Public Defender
    Amite County Justice Court
    Amite County Circuit Court
    P.O. Box 1269 Summit, MS 39666
        Individual and Official Capacity

Defendant No. 4

    Walter Beasley
    Attorney At Law / Public Defender
    Amite County Justice Court
    Amite County Circuit Court / Also Franklin County Meadville, MS
    Liberty, MS 39645
    Individual and Official Capacity

Defendant No. 5

    Debra Blackwell
    Circuit Court Judge
    Amite County
    Liberty, MS 39645
        Individual and Official Capacity

Basis for Jurisdiction:

    A.) State or local officials (A 1983 Claim)

    B) Due Process Claim

Exhaustion of Administrative Remedies / Administrative Procedures:

A.) Claim arose while confined in the Amite County Jail

B.) The jail does not have a grievance procedure.

Prisoner Status:

Pretrial detainee

Statement of Claim:

On or about the date of June, 12 2023, I Xavier McGhee was brought in by Investigator Danny Meaux for said unpaid fines to the Amite County Jail. On June, 13 2023, I recieved charges of simple assault times 5, trespassing and felony taking a motor vehicle. I sat in jail until August, 1 2023 before my first appearance. Judge Robert Arnold second cousin William Phipps and fiance Madison Rachal are the alleged victims and owner of the case which bounded me over to Grand Jury. Attorney Gus Sermos was made aware of the conflict of interest and failed to speak on my behalf only to explain what I knew to his friend Danny Meaux. I then recieve Attorney Walter Beasley for Representation, in which I ask for a change of venue due to the fact that Judge Blackwell can not be my attorney due to her being my prosecutor on an earlier case which makes it also a conflict of interest. Walter Beasley slipped and said something that was said in a conversation between myself and another officer which led to me realizing he too is involved in the injustice that is in process. Lastly Judge Blackwell snatched my bond during a pretrial indictment knowing that it is a conflict of interest to take my case. Taking my bond was a way of holding me until time to carry out their plans.

## Conclusion

Based on the foregoing reasons, Xavier McGhee respectfully requests that this court grant and settle these important findings of state law and appoint this case to it's appropriate court where premises are considered and asking for a dismissal.

Respectfully submitted

Xavier McGhee