IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

XAVIER MCGHEE, # 4148                                              PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 5:24cv43-DCB-BWR

DANNY MEAUX, JUDGE ROBERT
ARNOLD, GUS SERMONS, WALTER
BEASLEY, JUDGE DEBRA BLACKWELL,
LISA JORDAN DALE, and CARRIE
HOLLAND DRY                                                        DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is dismissed without prejudice.

So ordered and adjudged, this the  6th  day of November, 2025.

                         s/David Bramlette
                         UNITED STATES DISTRICT JUDGE